DENNIS N. LUECK, JR. (SBN 292414)
dlueck@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:    213-680-2800
Facsimile:    213-614-7399

RENEE CHOY OHLENDORF (SBN 263939)
rchoy@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendant
NAVIENT SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Eunice Ramirez, <br><br> Plaintiff, <br><br> vs. <br><br> Navient Solutions, LLC, and DOES 1 through 100 inclusive, <br><br> Defendants. | Case No. 2:18-cv-00268-JAM-AC <br><br> **STIPULATION TO DISMISS WITH PREJUDICE** <br><br> Complaint Filed:  February 5, 2018 <br> Trial Date:  TBD |

**TO THIS HONORABLE COURT:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Eunice Ramirez and Defendant Navient Solutions, LLC, stipulate to this dismissal of this matter, on the merits, with prejudice, and with all parties to bear her or its own attorneys' fees and costs.

DATED: May 14, 2019                                HINSHAW & CULBERTSON LLP

By: /s/ *Renee Choy Ohlendorf*
RENEE CHOY OHLENDORF
Attorneys for Defendant
Navient Solutions, LLC

1

1  DATED:  May 14, 2019                         SAGARIA LAW, P.C.

2
                                          By:  /s/ *Elliot Gale (as authorized on 5/14/19)*
3                                              ELLIOT GALE
                                               Attorneys for Plaintiff
4                                              EUNICE RAMIREZ

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         2