1 | DENNIS N. LUECK, JR. (SBN 292414)
dlueck@hinshawlaw.com
2 | HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
3 | Los Angeles, CA 90071-2043
Telephone: 213-680-2800
4 | Facsimile: 213-614-7399

5 | RENEE CHOY OHLENDORF (SBN 263939)
rchoy@hinshawlaw.com
6 | HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
7 | San Francisco, CA 94111
Telephone: 415-362-6000
8 | Facsimile: 415-834-9070

9 | Attorneys for Defendant
NAVIENT SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Eunice Ramirez, | Case No. 2:18-cv-00268-JAM-AC |
| Plaintiff, | **ORDER ON STIPULATION TO DISMISS** |
| vs. | |
| Navient Solutions, LLC, and DOES 1 through 100 inclusive, | |
| Defendants. | |

Based on the Stipulation to Dismiss with Prejudice filed by Plaintiff Eunice Ramirez and Defendant Navient Solutions, LLC, good cause appearing therefor, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced matter is hereby dismissed with prejudice. Each party is to bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 15, 2019

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE